# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 95 MAL 2024

       Respondent    :

       :   Petition for Allowance of Appeal
       :   from the Order of the Superior Court

       v.    :

JAKE DOUGLAS BYLSMA,    :

       Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.